IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Coats, Stephanie

Printed: 1/29/08

Case Number: 07 B 02743
Judge: Wedoff, Eugene R
Filed: 2/16/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 13, 2007
Confirmed: April 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,200.00 |  |
| Secured: |  | 946.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 189.20 |
| Trustee Fee: |  | 64.80 |
| Other Funds: |  | 0.00 |
| Totals: | 1,200.00 | 1,200.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Konstantine T Sparagis | Administrative | 2,500.00 | 189.20 |
| 2. | Corporate America Family CU | Secured | 15,539.00 | 946.00 |
| 3. | Midnight Velvet | Unsecured | 92.73 | 0.00 |
| 4. | Universal Lenders Inc | Unsecured | 435.94 | 0.00 |
| 5. | Illinois Lending Corporation | Unsecured | 116.55 | 0.00 |
| 6. | AmeriCash Loans, LLC | Unsecured | 44.46 | 0.00 |
| 7. | First Cash Advance | Unsecured | 71.40 | 0.00 |
| 8. | Seventh Avenue | Unsecured | 54.35 | 0.00 |
| 9. | CB USA | Unsecured | 40.80 | 0.00 |
| 10. | PDL Financial Services | Unsecured | 137.89 | 0.00 |
| 11. | AmeriCash Loans, LLC | Unsecured | 249.58 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 162.39 | 0.00 |
| 13. | Aspire Visa | Unsecured | 124.83 | 0.00 |
| 14. | Aspire Visa | Unsecured | 96.28 | 0.00 |
| 15. | United States Dept Of Education | Unsecured | 96.89 | 0.00 |
| 16. | AmSher Collection Services | Unsecured |  | No Claim Filed |
| 17. | Cash Transfers Center | Unsecured |  | No Claim Filed |
| 18. | Fingerhut | Unsecured |  | No Claim Filed |
| 19. | Country Bank | Unsecured |  | No Claim Filed |
| 20. | Dollar Store | Unsecured |  | No Claim Filed |
| 21. | First Premier | Unsecured |  | No Claim Filed |
| 22. | Masseys | Unsecured |  | No Claim Filed |
| 23. | Paragon Way Inc | Unsecured |  | No Claim Filed |
| 24. | PDL Financial Services | Unsecured |  | No Claim Filed |
| 25. | Tribute | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Coats, Stephanie | Case Number: 07 B 02743 |
|---|---|---|
|  |  | Judge: Wedoff, Eugene R |
|  | Printed: 1/29/08 | Filed: 2/16/07 |

| 26. | Universal Fidelity Corp | Unsecured | No Claim Filed |
| 27. | Uptown Cash | Unsecured | No Claim Filed |
| 28. | American Collection Corp | Unsecured | No Claim Filed |

$ 19,763.09         $ 1,135.20

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 64.80 |

$ 64.80

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_